**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF QUEENS     PART ___0___**
**DECISION AND JUDGMENT**

INDEX # 061302/2007
JUDGMENT SEQ # 001

PORTELA, LINA

Petitioner(s)

**AGAINST**

MATEO WINER A/K/A MATTIE WINER,
WINER, IVONNE

Respondent(s)

---

**Decision and judgment is** rendered based upon a decision made after an inquest was held as follows:
Judgment of possession is granted in favor of:
PORTELA, LINA
and against
MATEO WINER A/K/A MATTIE WINER,
WINER, IVONNE

A counterclaim is granted in favor of the respondent in the amount of    $0.00 (which if not being entered separately is offset and reflected in the total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements in the amount of    $0.00 in favor of:
PORTELA, LINA
and against
MATEO WINER A/K/A MATTIE WINER,
WINER, IVONNE

for a total amount of    $0.00

(Monthly use and occupancy is set at    $0.00 per month, as per order, stipulation or decision in record.)

Warrant to issue ~~as per stip/order~~ *and*    Execution *forthwith*

Date  7/26/07

Judge, Civil/Housing Court — JUDGE ANNE KATZ

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

================================================================

**ENTRY OF JUDGMENT**

Judgment entered in accordance with the above on  7/26/07 .

Chief Clerk, Civil Court

Warrant issued to Marshal _____ On _____

CIV-LT-50(2006)

Page 1 of 1