RETURN DATE: 4-17-08

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
In re:                                  Case No. 1-08-40476
                                        Chapter: 7
   IVONNE WINER



                         Debtor(s)
-------------------------------------------------x

## NOTICE OF MOTION

SIRS:

      PLEASE TAKE NOTICE that upon the annexed application of ___IVONNE WINER___, Debtor(s), a hearing will be held before the Hon. ___Judge Stong___, Bankruptcy Judge, to consider the Debtor's motion for an order granting relief as follows:

Reconsider Motion to Confirm Termination of Stay, Relief from Stay + VACATE DEFAULT - Restore to Calendar

Date and time of hearing: April 17 at 2PM (2:00)

Location: U.S. Bankruptcy Court
271 Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800
Courtroom #3585, 3rd Floor

Dated: ___MARCH 10, 2008___

___Ivonne Winer___
Debtor (signature)