UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x
In re:                                              Case No. 1-08-40476
                                                    Chapter: 7

   IVONNE WINER

                              Debtor(s)
---------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

To the Hon. Judge Stong, Bankruptcy Judge:

I, IVONNE WINER, Debtor herein, make this application in support of my motion for the following relief:

Request to reconsider Motion to Relief From Stay due to Default of Nonappearance + Restore to Calendar.

In support of this motion, I hereby allege as follows:

Was Absolutely NOT Given Notice of this hearing on 3/4 + Creditor did NOT serve papers via Mail because I received all regular mail from 2/14-2/20 + Absolutely no Court papers. Landlord tampered with Mailbox at Building.

WHEREFORE, Debtor prays for an Order granting relief requested.

Dated: MARCH 10, 2008

                                    _____
                                    Ivonne Winer
                                    Debtor (signature)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x
In re:                                              Case No. 1-08-40476
    Ivonne Winer                        Chapter: 7


                                         Debtor(s)
-----------------------------------------------x


## CERTIFICATE OF SERVICE

The undersigned certifies that on __MARCH 11, 2008__,
                                       (date of mailing)
a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon [specify name and mailing address of each party served]: (certified mail return receipt)

PORTELA & ASSOCIATES
350 BROADWAY 10th FLOOR
NYC NY 10013

David Doyaga 26 Court Street Suite 1002 Brooklyn NY 11242
Diana Adams 271 Cadman Plaza East Suite 4529 Brooklyn NY 11201


Dated: __3-11-08__

                                                            _Ivonne Winer_
                                                          (signature)

Rev 3/16/06